# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: MICHEAL DROZD § Case No. 12-05303
§ Hon. EUGENE R. WEDOFF
§ Chapter 7
§

Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 09/12/2012 in Courtroom 744, Dirksen Federal Building Courthouse, 219 S. Dearborn Street
Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/16/2012    By: Clerk U. S. Bankruptcy Court
                                (Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St.
Suite 910
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: MICHEAL DROZD § Case No. 12-05303
§ Hon. EUGENE R. WEDOFF
§ Chapter 7
§

Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $20,034.38
*and approved disbursements of* $23.33
*leaving a balance on hand of* [1] $20,011.05

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $20,011.05

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| *Trustee, Fees* | ALLAN J. DeMARS | $2,753.44 | $0.00 | $2,753.44 |
| *Trustee, Expenses* | ALLAN J. DeMARS | $17.60 | $0.00 | $17.60 |
| *Attorney for Trustee, Fees* | ALLAN J. DeMARS | $1,440.00 | $0.00 | $1,440.00 |
| *Attorney for Trustee, Expenses* | ALLAN J. DeMARS | $0.00 | $0.00 | $0.00 |
| *Accountant for Trustee, Fees* | | | | |
| *Accountant for Trustee, Expenses* | | | | |
| *Auctioneer, Fees* | | | | |
| *Auctioneer, Expenses* | | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

*Charges,  U.S. Bankruptcy Court*

*Fees, United States Trustee*

      Other

      Total to be paid for chapter 7 administrative expenses:    $4,211.04

      Remaining balance:    $15,800.01

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for   , Fees* | | | |
| *Attorney for   , Expenses* | | | |
| *Accountant for   , Fees* | | | |
| *Accountant for   , Expenses* | | | |
| Other | | | |

    Total to be paid for prior chapter administrative expenses:    $0.00

    Remaining balance:    $15,800.01

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling   $0.00   must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

|   |   |
|---|---|
| Total to be paid for priority claims: | $0.00 |
| Remaining balance: | $15,800.01 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $11,145.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be   100   percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Illinois Bone and Joint Institute | $4,571.82 | $0.00 | $4,571.82 |
| 2 | Dr. John P. Giannopoulos | $3,621.71 | $0.00 | $3,621.71 |
| 3 | Center for Contextual Change | $1,480.34 | $0.00 | $1,480.34 |
| 4 | Bastian Voice Institute | $1,471.96 | $0.00 | $1,471.96 |

|   |   |
|---|---|
| Total to be paid for timely general unsecured claims: | $11,145.83 |
| Remaining balance: | $4,654.18 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     0   percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

|   |   |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $4,654.18 |

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$0.00___ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be __0__ percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $4,654.18 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of __0.3__ percent pursuant to 11 U.S.C. §726(a)(5). Funds available for interest are _____$16.06__. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is _____$4,638.12__.

Prepared By: /s/ ALLAN J. DeMARS
Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St. - Suite 910
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 12-05303-ERW
MICHAEL DROZD  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1  User: vwalker  Page 1 of 3  Date Rcvd: Aug 14, 2012
                     Form ID: pdf006  Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2012.

```
db          +MICHAEL DROZD,    1665 FARWELL AVE,    Des Plaines, IL 60018-3824
18483001    +Advocate Lutheran General,    1875 Depster Street,    Park Ridge, IL 60068-1129
18483002    +Advocate Medical Group,    1875 W. Dempster Street, Ste 470,    Park Ridge, IL 60068-1129
18483003    +American Express,    P.O. Box 981537,    El Paso, TX 79998-1537
19141438    +Bastian Voice Institute,    3010 Highland Parkway Ste 550,    Downers Grove, IL 60515-5500
18483007     Cardionet,    227 Washington St, Ste 300,    Conshohocken, PA 19428-2086
18483008     Chase Bank,    P.O. Box 24696,    Columbus, OH 43224-0696
18483011    +ER Sollutions,    800 SW 39th ST,    Renton, WA 98057-4975
18483012    +Global Health Care,    4250 N. Marine Drive, Ste 236,    Chicago, IL 60613-6211
18483013    +Harris & Harris, LTD,    222 Merchandise Mart Plaza-Ste 1900,    Chicago, IL 60654-1421
19118478    +ILLINOIS BONE & JOINT INSTITUTE,    C/O JAMES T. GATELY,    8233 W. 185TH STREET,
              TINLEY PARK, IL 60487-9220
18483014    +Illinois Collection Serv,    PO Box 1010,    Tinley Park, IL 60477-9110
18483030    +John Giannopoulos, D.D.S.,    9520 Franklin Ave.,    Franklin Park, IL 60131-2743
19137100    +John P Giannopoulos DDS PC,    9520 Franklin Ave,    Franklin Park, IL 60131-2743
18483031     Living,    P.O. Box 60001,    Tampa, FL 33660-0001
18483032    +MERCHANTS CREDIT GUIDE C,    223 W. JACKSON BLVD-STE 410,    Chicago, IL 60606-6974
18483037     MetLife Disability, Offset Recovery,    P.O. Box 6171,    Utica, NY 13504-6171
18483038    +North Shore Cardiologists,    2151 Waukegan Rd.-Ste 100,    Bonnockburn, IL 60015-1857
18483039     NorthShore University Health System,    23056 Network Pl,    Chicago, IL 60673-1230
18483040    +Northwest Collecors,    3601 Algonquin Rd.-Ste 500,    Rolling Meadows, IL 60008-3143
18483041    +Professional Eye Care Center,    7225 N. Caldwell Ave,    Niles, IL 60714-4548
18483042    +The Center For Contextual Change,    9239 Gross Point Road-Ste 300,    Skokie, IL 60077-1365
18483043    +W.C.I.,    PO Box 97029,    Redmond, WA 98073
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
18483004     E-mail/Text: RBALTAZAR@ARMORSYS.COM Aug 15 2012 09:15:32     Armor Systems,
              2322 N. Green Bay Rd.,    Waukegan, IL 60087-4209
18483006     E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Aug 15 2012 09:15:33
              Capitol One Auto Finance,    3905 Dallas Pkwy,    Plano, TX 75093-7892
18483009     E-mail/Text: clerical.department@yahoo.com Aug 15 2012 09:15:33
              Creditors Collection Bureau, Inc.,    P.O. Box 63,    Kankakee, IL 60901-0063
18483010    +E-mail/Text: ana@divservgrp.com Aug 15 2012 09:15:34     Diversified Services,
              1824 W Grand Ave Ste 200,    Chicago, IL 60622-6721
                                                                                              TOTAL: 4
```

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
18483005*     Armor Systems,    2322 N. Green Bay Rd.,    Waukegan, IL 60087-4209
19137104*    +Center for Contextual Change,    9239 Gross Point Road Ste 300,    Skokie, IL 60077-1365
18483015*    +Illinois Collection Serv,    PO Box 1010,    Tinley Park, IL 60477-9110
18483016*    +Illinois Collection Serv,    PO Box 1010,    Tinley Park, IL 60477-9110
18483017*    +Illinois Collection Serv,    PO Box 1010,    Tinley Park, IL 60477-9110
18483018*    +Illinois Collection Serv,    PO Box 1010,    Tinley Park, IL 60477-9110
18483019*    +Illinois Collection Serv,    PO Box 1010,    Tinley Park, IL 60477-9110
18483020*    +Illinois Collection Serv,    PO Box 1010,    Tinley Park, IL 60477-9110
18483021*    +Illinois Collection Serv,    PO Box 1010,    Tinley Park, IL 60477-9110
18483022*    +Illinois Collection Serv,    PO Box 1010,    Tinley Park, IL 60477-9110
18483023*    +Illinois Collection Serv,    PO Box 1010,    Tinley Park, IL 60477-9110
18483024*    +Illinois Collection Serv,    PO Box 1010,    Tinley Park, IL 60477-9110
18483025*    +Illinois Collection Serv,    PO Box 1010,    Tinley Park, IL 60477-9110
18483026*    +Illinois Collection Serv,    PO Box 1010,    Tinley Park, IL 60477-9110
18483027*    +Illinois Collection Serv,    PO Box 1010,    Tinley Park, IL 60477-9110
18483028*    +Illinois Collection Serv,    PO Box 1010,    Tinley Park, IL 60477-9110
18483029*    +Illinois Collection Serv,    PO Box 1010,    Tinley Park, IL 60477-9110
18483033*    +MERCHANTS CREDIT GUIDE C,    223 W. JACKSON BLVD-STE 410,    Chicago, IL 60606-6974
18483034*    +MERCHANTS CREDIT GUIDE C,    223 W. JACKSON BLVD-STE 410,    Chicago, IL 60606-6974
18483035*    +MERCHANTS CREDIT GUIDE C,    223 W. JACKSON BLVD-STE 410,    Chicago, IL 60606-6974
18483036*    +MERCHANTS CREDIT GUIDE C,    223 W. JACKSON BLVD-STE 410,    Chicago, IL 60606-6974
                                                                                 TOTALS: 0, * 21, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1           User: vwalker              Page 2 of 3              Date Rcvd: Aug 14, 2012
                               Form ID: pdf006           Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 16, 2012**          **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: vwalker              Page 3 of 3                  Date Rcvd: Aug 14, 2012
                              Form ID: pdf006            Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2012 at the address(es) listed below:
              Allan J DeMars    alland1023@aol.com
              Christopher M Brown    on behalf of Creditor  JPMorgan Chase Bank National Association
               northerndistrict@atty-pierce.com, cbrown@atty-pierce.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Robert A Stavins    on behalf of Debtor MICHAEL DROZD stavinslaw@gmail.com
                                                                                             TOTAL: 4